# EXHIBIT 1

12/01/2011 17:06 FAX 5174836401                                                    ☐023/027

Approved, SCAO

| | Original - Court | 3rd copy - State Police |
|---|---|---|
| | 1st copy - Corrections | 4th copy - Defendant |
| | 2nd copy - Corrections (for return) | 5th copy - Prosecutor |

| STATE OF MICHIGAN 30TH JUDICIAL CIRCUIT COUNTY | JUDGMENT OF SENTENCE COMMITMENT TO CORRECTIONS DEPARTMENT | ✓ CASE NO. 96-71106-FH Circuit Court # 96-1283-FY District Court # |
|---|---|---|

ORI MI-330055J   Court address: 2nd Floor City Hall, Lansing, MI 48933   (517) 483-6500

Police Report No.

| THE PEOPLE OF THE STATE OF MICHIGAN | v | Defendant's name, address, and telephone no. ROBERT EUGENE SECORD |
|---|---|---|
| | | CTN 33 96 004080.01 | SID 1804993L | DOB |

| Prosecuting attorney name | Bar no. | Defendant attorney name | Bar no. |
|---|---|---|---|
| Donald Martin | (P-17138) | Robert Luoma | (P-16861) |

**THE COURT FINDS:**

1. The defendant, represented by counsel, was found guilty on **Nov. 6, 1996** of the crimes stated below:

*Plea: use "G" for guilty plea; "NC" for nolo contendere; "MI" for guilty but mentally ill.

| Count | CONVICTED BY Plea* | Court | Jury | CRIME | CHARGE CODE(S) MCL citation/PACC Code |
|---|---|---|---|---|---|
| 2 | G | | | Home Invasion 1St | PACC: 750.111 |
| | | | | | |
| | | | | | |

☐ 2. The conviction is reportable to the Secretary of State under MCL 257.732 or MCL 281.1040. The defendant's driver license number is: _____

☐ 3. HIV testing was ordered on _____ Date _____ Confidential test results are on file.

**IT IS ORDERED:**

4. Defendant is sentenced to custody of Michigan Department of Corrections. This sentence shall be executed immediately.

| Count | SENTENCE DATE | MINIMUM Years | Mos. | Days | MAXIMUM Years | Mos. | DATE SENTENCE BEGINS | JAIL CREDIT Mos. | Days | OTHER INFORMATION |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 121296 | | 60 | | 20 | | 121296 | | 99 | Concurrent to Clinton Co. charges |
| | | | | | | | | | | |
| | | | | | | | | | | |

☐ Defendant shall pay restitution of $_____ . If a cash bond/bail was personally posted by the defendant, payment toward restitution is to first be collected out of that bond/bail and allocated as specified under MCL 775.22.

☐ 5. Sentence(s) to be served consecutively to:
☐ each other.   ☐ case numbers _____

6. Defendant shall pay a $40.00 assessment for the Crime Victim Rights Fund.
7. Court recommendation:

Dec. 12, 1996
Date

Judge WILLIAM E. COLLETTE   (P-12056)
Bar no.

Under MCL 769.16a the clerk of the court shall send a copy of this order to the Michigan State Police Central Records Division to create a criminal history record.

I certify that this is a correct and complete abstract from the original court records. The sheriff shall, without needless delay, deliver defendant to the Michigan Department of Corrections at a place designated by the department.

(SEAL)

Jean M Smydra
Deputy court clerk

MCL 765.15(2); MSA 28.902(2); MCL 769.16a; MSA 28.1085(1); MCL 775.22; MSA 28.1259; MCL 780.766; MSA 28.1287(766)

CC 219b (1/04) JUDGMENT OF SENTENCE, COMMITMENT TO CORRECTIONS DEPARTMENT   MCR 6.427(A)

12/01/2011 17:06 FAX 5174836401 ☐024/027

Approved, SCAO

| | Information - Circuit court<br>Original complaint - Court<br>Warrant - Court | Bind over/Transfer - Circuit/Juvenile court<br>Complaint copy - Prosecutor<br>Complaint copy - Defendant/Attorney |
|---|---|---|
| STATE OF MICHIGAN<br>JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT | INFORMATION<br>FELONY | CASE NO.<br>DISTRICT<br>CIRCUIT 96-071106-FH |

District Court ORI: MI- D54B    Circuit Court ORI: MI-

| THE PEOPLE OF THE<br>STATE OF MICHIGAN<br>v | Defendant's name and address   01<br>SECORD, ROBERT EUGENE<br>W/M<br>LANSING, MI, 48906 | Victim or complainant<br>(CV) DEVANEY DANIEL<br>Complaining witness<br>(CW) VANDERWOUDE DET TOM |
|---|---|---|
| Co-defendant(s) | | Date: On or about 05/20/96 |

| City/Twp./Village<br>CITY OF EAST LANSING | County in Michigan<br>INGHAM COUNTY | Defendant CTN<br>33 96 004080 01 | Defendant SID-<br>1804993L | Defendant DOB<br>78 |
|---|---|---|---|---|
| Police agency report no.<br>33ELP2885-C-96 | Charge<br>01.B&E W/I FELO  02.HOME INV 1ST | | Maximum penalty<br>AS SHOWN BELOW | |

Witnesses
(CV) DEVANEY DANIEL      (AS) SMITH OFC GREG
(CW) VANDERWOUDE DET TO  (AS) LUM OFC WING
(AR) HULLIBERGER OFC JI  (VI) NOTMAN FIDELIA J
(AS) HORN SGT BRIAN
(EY) ROOT-BERNSTEIN MIC

Defendant DLN

STATE OF MICHIGAN, COUNTY OF    INGHAM
IN THE NAME OF THE PEOPLE OF THE STATE OF MICHIGAN: The prosecuting attorney for this County appears before the court and informs the court that on the date and at the location described, the defendant:

OFFENSE LOCATION:   SEE BELOW

COUNT 1

OFFENSE LOCATION: 836 GAINSBOROUGH, EAST LANSING
DID BREAK AND ENTER A GARAGE LOCATED AT 836 GAINSBOROUGH WITH THE INTENT TO COMMIT THE FELONY CRIME OF LARCENY THEREIN; CONTRARY TO MCLA 750.110 MSA 28.305. {750.110}
FELONY: 10 YEARS.

COUNT 2

OFFENSE LOCATION: 710 GAINSBOROUGH, EAST LANSING
DID ENTER AND/OR BREAK AND ENTER A DWELLING LOCATED AT 710 GAINSBOROUGH WITHOUT PERMISSION, WITH THE INTENT TO COMMIT LARCENY THEREIN, WHILE DANIEL DEVANEY WAS LAWFULLY PRESENT IN THE DWELLING; CONTRARY TO MCL 750.110A(2). {750.110A2}
FELONY: 20 YEARS AND/OR $5,000.00.

and against the peace and dignity of the State of Michigan.

6 Nov. 1996
Date

Prosecuting Attorney
By: [signature]

MCL 764.1 et seq.; MSA 28.860 et seq., MCL 766.1 et seq.; MSA 28.919 et seq.; MCL 767.1 et seq.; MSA 28.941 et seq.

Approved, SCAO

Original - Court
1st copy - Prosecutor
2nd copy - Defendant

**MC 263**

| STATE OF MICHIGAN JUDICIAL DISTRICT **30th JUDICIAL CIRCUIT** | MOTION/ORDER OF NOLLE PROSEQUI | CASE NO. 96 071106 FH |
|---|---|---|

ORI MI- 330055J    Court address CITY HALL X TOWNE CENTER MASON    Court telephone no.

THE PEOPLE OF ☒ The State of Michigan     v.

Defendant's name, address, and telephone no.
ROBERT EUGENE SECORD
LANSING, MI 48906

| CTN | SID | DOB |
|---|---|---|
| 33 96 004080 01 | 1804993L | |

| Count | CRIME | CHARGE CODE(S) MCL citation/PACC Code |
|---|---|---|
| 1 | B & E W/I TO COMMIT FELONY | 750.110; 28.305, [750.110] |
| 2 | HOME INVASION 1ST DEGREE | 750.110A92), [750.110A2] |

**MOTION**

- - - STUART J. DUNNINGS III - - -, prosecuting official, moves for a nolle prosequi in this case for the following reason(s):

THE DEFENDANT PLED GUILTY TO COUNT 2 ON 11-6-96 AND WAS SENTENCED ON 12-12-96.

2/15/97
Date

Prosecuting official
Stuart J. Dunnings III (P31089)
Kathaleen Rae Price (P28896)

**ORDER**

**IT IS ORDERED:**

☐ 1. Motion for nolle prosequi is granted and the case is dismissed without prejudice.

☒ 2. Motion for nolle prosequi is granted as to the following charge(s) which are dismissed without prejudice:

COUNT 1

FILED FEB 20 4 25 PM '97 30TH ... ...RT

☐ 3. Motion for nolle prosequi is denied.

☐ 4. Defendant shall be immediately discharged from confinement in this case.

☐ 5. Bond is cancelled and shall be returned after costs are deducted.

☐ 6. Bond/bail is continued on the remaining charge(s).

2/20/97
Date

Judge
WILLAIM E COLLETTE P12056    Bar no.

If item 1 is checked the clerk of the court shall send a photocopy of this order to the Michigan State Police Central Records Division to create a criminal history record as required under MCL 769.16a.

MC 283 (3/68) MOTION/ORDER OF NOLLE PROSEQUI                MCL 767.29; MSA 28.969

CC: bookkeeper

PA-027R

12/01/2011 17:05 FAX 5174836401 ☒015/027

Criminal - Court
Copy - Prosecutor
Copy - Defendant

**MC 263**

**STATE OF MICHIGAN**
**JUDICIAL DISTRICT**
**30th JUDICIAL CIRCUIT**

**MOTION/ORDER OF NOLLE PROSEQUI**

**CASE NO.** 96 071100 FH

ORI MI- 3300SSJ   Court address: CITY HALL X TOWNE CENTER MASON

THE PEOPLE OF ☒ The State of Michigan   v.

Defendant's name, address, and telephone no.:
ROBERT EUGENE SECORD
LANSING, MI 48906

CTN: 33 96 007355 01   SID: 1804993L   DOB: [redacted]

| Count | CRIME | CHARGE CODE(S) MCL citation/PACC Code |
|---|---|---|
| 1 | B & E W/I TO COMMIT FELONY | 750.110; 28.305. [750.110] |

**MOTION**

- - - STUART J. DUNNINGS III - - - , prosecuting official, moves for a nolle prosequi in this case for the following reason(s):

THE DEFENDANT PLED GUILTY TO HOME INVASION 1ST DEGREE IN #96 071106 FH ON 11-6-96 AND WAS SENTENCED ON 12-12-96.

Date: 1/15/97

Prosecuting official: Stuart J. Dunnings III (P31089)
Kathaleen Rae Price (P28896)

**ORDER**

**IT IS ORDERED:**

☒ 1. Motion for nolle prosequi is granted and the case is dismissed without prejudice.

☐ 2. Motion for nolle prosequi is granted as to the following charge(s) which are dismissed without prejudice:
_____

☐ 3. Motion for nolle prosequi is denied.

☐ 4. Defendant shall be immediately discharged from confinement in this case.

☐ 5. Bond is cancelled and shall be returned after costs are deducted.

☐ 6. Bond/bail is continued on the remaining charge(s).

Date: 2/20/97

Judge: WILLIAM E COLLETTE P12056

FILED FEB 20 4 25 PM '97 30TH CIRCUIT

If item 1 is checked the clerk of the court shall send a photocopy of this order to the Michigan State Police Central Records Division to create a criminal history record as required under MCL 769.16a.

MC 263 (3/85) MOTION/ORDER OF NOLLE PROSEQUI   MCL 767.29; MSA 28.969

CC: bookkeeper
Central Records

PA-027R

12/01/2011 17:05 FAX 5174836401 @016/027

Approved, SCAO

Information - Circuit court
Original complaint - Court
Warrant - Court

Bind over/Transfer - Circuit/Juvenile court
Complaint copy - Prosecutor
Complaint copy - Defendant/Attorney

| STATE OF MICHIGAN JUDICIAL DISTRICT JUDICIAL CIRCUIT | INFORMATION FELONY | CASE NO. DISTRICT CIRCUIT 96-071100-F |
|---|---|---|

District Court ORI: MI- D54A  Circuit Court ORI: MI-

| | Defendant's name and address 01 | Victim or complainant |
|---|---|---|
| THE PEOPLE OF THE STATE OF MICHIGAN v W/M | SECORD, ROBERT EUGENE JR [address] LANSING, MI, 48906 | (CV) OZANICH DENNIS JOHN |
| | | Complaining witness (CW) GUILES DET GARY |

Co-defendant(s)

Date: On or about 07/06/96

| City/Twp./Village CITY OF LANSING | County in Michigan INGHAM COUNTY | Defendant CTN 33 96 007355 01 | Defendant SID 1804993L | Defendant DOB |
|---|---|---|---|---|

| Police agency report no. 33LPD96-11519 | Charge 01. B&E W/I FELO | Maximum penalty AS SHOWN BELOW |
|---|---|---|

Defendant DLN

Witnesses
(CV) OZANICH DENNIS JOH    (AS) BEY OFC DON
(CW) GUILES DET GARY       (EY) OZANICH SHANNON
(EY) MARTINEZ JESUS F      (AS) SHERMAN GLENN
(EY) SPANGLER JOYCE        (AS) LEWIS OFC JEFF
(SP) MICHITSCH TERRY

STATE OF MICHIGAN, COUNTY OF INGHAM
IN THE NAME OF THE PEOPLE OF THE STATE OF MICHIGAN: The prosecuting attorney for this County appears before the court and informs the court that on the date and at the location described, the defendant:

OFFENSE LOCATION: 719 CALL STREET, LANSING

COUNT 1

DID BREAK AND ENTER A GARAGE, LOCATED AT 719 CALL STREET WITH THE INTENT TO COMMIT THE FELONY CRIME OF LARCENY THEREIN; CONTRARY TO MCLA 750.110; MSA 28.305. {750.110}
FELONY: 10 YEARS.

and against the peace and dignity of the State of Michigan.

Date: 6 Nov. 1996

Prosecuting Attorney
By: [signature]

MCL 764.1 et seq.; MSA 28.860 et seq.; MCL 766.1 et seq.; MSA 28.919 et seq.; MCL 767.1 et seq.; MSA 28.941 et seq.
MC 200 (4/89) FELONY SET, Information
MCR 6.112(D)

CIRCUIT COURT