EXHIBIT 2

Approved, SCAO

| | Original - Court | 3rd copy - MI State Police CJIC |
| --- | --- | --- |
| | 1st copy - Corrections | 4th copy - Defendant |
| | 2nd copy - Corrections (for rc | 5th copy - Prosecutor |

STATE OF MICHIGAN
30TH JUDICIAL CIRCUIT
INGHAM COUNTY

AMENDED (as to #8-
Consecutive/Concurrent)
JUDGMENT OF SENTENCE
COMMITMENT TO
CORRECTIONS DEPARTMENT

CASE NO
10-000395-FH-C30

ORI: MI-330055J
Police Report No.

Court Address
313 W. Kalamazoo Lansing, MI 48933

Court Telephone No. (517) 483-6500

THE PEOPLE OF THE STATE OF MICHIGAN

V

Defendant name, address, and telephone no.
ROBERT EUGENE SECORD
DEWITT, MI 48820

| CTN/TCN | SID | DOB |
| --- | --- | --- |
| 33-10-000273-01 | 1804993L | |

Prosecuting attorney name \ Bar no.
STUART J DUNNINGS III P31089

Defendant attorney name \ Bar no.
DAVID J. KRAMER P-46342

## THE COURT FINDS:

■ 1. The Defendant, represented by counsel, was found guilty on 05/12/10 of the crimes stated below:

| Count | CONVICTED BY | | | DISMISSED BY* | CRIME | Code CHARGE CODE(S) MCL citation/PACC |
| --- | --- | --- | --- | --- | --- | --- |
| | Plea* | Court | Jury | | | |
| 1 | G | | | | Home Invasion 2nd Degree | 750.110A3 |
| | | | | | | |
| | | | | | | |

*For plea; insert "G" for guilty plea; "NC" for nolo contendere; "MI" for guilty but mentally ill. For dismissal; insert "D" for dismissed by court or "NP" for dismissed by prosecutor/plaintiff.

☐ 2. The conviction is reportable to the Secretary of State under MCL 257625(20)(b). _____

☐ 3. HIV testing and sex offender registration is completed.       Defendant's driver license number

☐ 4. The defendant has been fingerprinted according to MCL 28.243.

## IT IS ORDERED:

☐ 5. Probation is revoked.

☐ 6. Participating in a special alternative incarceration unit is ☐ prohibited. ☐ permitted.

■ 7. Defendant is sentenced to custody of Michigan Department of Corrections. This sentence shall be executed immediately.

| Count | SENTENCE DATE | MINIMUM | | | MAXIMUM | | DATE SENTENCE BEGINS | JAIL CREDIT | | OTHER INFORMATION |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Years | Mos. | Days | Years | Mos. | | Mos. | Days | |
| 1 | 06/02/2010 | | 19 | | | 15 | 06/02/2010 | | 00 | |
| | | | | | | | | | | |
| | | | | | | | | | | |

■ 8. Sentence(s) to be served CONCURRENT W/IONIA COUNTY SENTENCE AND CONSECUTIVE TO SENTENCE(S) FOR WHICH CURRENTLY ON PAROLE

   ■ 9. Defendant shall pay as follows: CVA $60; State Cost $68; Ct Costs $100; Fines $100; Restitution $4,673.49
   The due date for payment is _____. Fine, costs, and fees not paid within 56 days of the due date are subject to a 20% late penalty on the amount owed.

☐ 10. The concealed weapons board shall ☐ suspend for _____ days ☐ permanently revoke the concealed weapons license, permit number _____ issued by _____ County.

■ 11. Court Recommendation: DEF TO COMPLY W/DNA TESTING, SUB ABUSE COUNSELING
IT IS SO ORDERED

August 6, 2010

ROSEMARIE E. AQUILINA   Bar no. P-37670

I certify that this is a correct and complete abstract from the original court records. The sheriff shall, without needless delay, deliver defendant to the Michigan Department of Corrections at a place designated by the department.
(SEAL)

Deputy Court Clerk

CC 219b (6/05) JUDGMENT OF SENTENCE, COMMITMENT TO DEPARTMENT OF CORRECTIONS

MCL 765.15(2), MCL 769.16a; MCL 775.22; MCL 780.766
MCR 6.427(A)

Approved, SCAQ

| | Original - Court | 3rd copy - MI State Police CJIC |
|---|---|---|
| | 1st copy - Corrections | 4th copy - Defendant |
| | 2nd copy - Corrections (for re | 5th copy - Prosecutor |

| STATE OF MICHIGAN 30TH JUDICIAL CIRCUIT INGHAM COUNTY | JUDGMENT OF SENTENCE COMMITMENT TO CORRECTIONS DEPARTMENT | CASE NO 10-000395-FH-C30 |
|---|---|---|
| ORI: MI-3300553 Police Report No. | Court Address 313 W. Kalamazoo Lansing, MI 48933 | Court Telephone No. (517) 483-6500 |

| THE PEOPLE OF THE STATE OF MICHIGAN | V | Defendant name, address, and telephone no. ROBERT EUGENE SECORD DEWITT, MI 48820 |
|---|---|---|
| | | CTN/TCN 33-10-000273-01 / SID 1804993L / DOB |
| Prosecuting attorney name \ Bar no. STUART J DUNNINGS III  P31089 | | Defendant attorney name \ Bar no. DAVID J. KRAMER  P-46342 |

**THE COURT FINDS:**

■ 1. The Defendant, represented by counsel, was found guilty on 05/12/10 of the crimes stated below:

| Count | CONVICTED BY Plea* | Court | Jury | DISMISSED BY* | CRIME | Code CHARGE CODE(S) MCL citation/PACC |
|---|---|---|---|---|---|---|
| 1 | G | | | | Home Invasion 2nd Degree | 750.110A3 |
| | | | | | | |
| | | | | | | |

*For plea: insert "G" for guilty plea; "NC" for nolo contendere; "MI" for guilty but mentally ill. For dismissal: insert "D" for dismissed by court or "NP" for dismissed by prosecutor/plaintiff.

☐ 2. The conviction is reportable to the Secretary of State under MCL 257.625(20)(b). _____

☐ 3. HIV testing and sex offender registration is completed.     Defendant's driver license number

☐ 4. The defendant has been fingerprinted according to MCL 28.243.

**IT IS ORDERED:**

☐ 5. Probation is revoked.

☐ 6. Participating in a special alternative incarceration unit is ☐prohibited. ☐permitted.

■ 7. Defendant is sentenced to custody of Michigan Department of Corrections. This sentence shall be executed immediately.

| Count | SENTENCE DATE | MINIMUM Years | Mos. | Days | MAXIMUM Years | Mos. | DATE SENTENCE BEGINS | JAIL CREDIT Mos. | Days | OTHER INFORMATION |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 06/02/2010 | | 19 | | 15 | | 06/02/2010 | | 00 | |

■ 8. Sentence(s) to be served CONCURRENT W/IONIA COUNTY SENTENCE

■ 9. Defendant shall pay as follows: CVA $60; State Cost $68; Ct Costs $100; Fines $100; Restitution $4,673.49
The due date for payment is _____. Fine, costs, and fees not paid within 56 days of the due date are subject to a 20% late penalty on the amount owed.

☐ 10. The concealed weapons board shall ☐ suspend for ___ days  ☐ permanently revoke  the concealed weapons license, permit number _____ issued by _____ County.

■ 11. Court Recommendation: DEF TO COMPLY W/DNA TESTING; SUB ABUSE COUNSELING

June 2, 2010                                Judge RICHARD D. BALL  P-26315
                                            FOR: ROSEMARIE E. AQUILINA  Bar no. P-37670

I certify that this is a correct and complete abstract from the original court records. The sheriff shall, without needless delay, deliver defendant to the Michigan Department of Corrections at a place designated by the department

(SEAL)
                                            Deputy Court Clerk

CC 219b (6/05) JUDGMENT OF SENTENCE, COMMITMENT TO DEPARTMENT OF CORRECTIONS     MCL 765.15(2), MCL 769.16a; MCL 775.22; MCL 780.766
                                                                                  MCR 6.427(A)



2010000273 DC

| STATE OF MICHIGAN<br>54A JUDICIAL DISTRICT<br>30L JUDICIAL CIRCUIT | INFORMATION<br>FELONY | CASE NO.:<br>DISTRICT:<br>CIRCUIT: 10-000595-FH |
|---|---|---|
| District Court ORI: MI330075J<br>CITY HALL, 124 W. MICHIGAN AVE. LANSING, MI | Circuit Court ORI: MI330055J<br>Veteran's Memorial Courthouse, Lansing, MI 48933<br>517-483-6500 | |
| THE PEOPLE OF THE<br>STATE OF MICHIGAN | Defendant's name and address<br>v ROBERT EUGENE SECORD JR<br><br>DEWITT, MI 48820<br>Sex: M   Race: White | Victim or complainant<br>MARK D JACOBS<br>Complaining Witness<br>DET VERNE READ |
| Co-defendant(s) | | Date: On or about<br>04/02/2009 |

| City/Twp./Village<br>CITY OF LANSING | County in Michigan<br>Ingham | Defendant TCN<br>K810001201L | Defendant CTN<br>33-10000273-01 | Defendant SID<br>1804993L | Defendant DOB |
|---|---|---|---|---|---|
| Police agency report no.<br>33LLA 090402020222 | Charge<br>SEE BELOW | DLN Type: | Vehicle Type | Defendant DLN<br>S263745237247 | |

Witnesses
OFC JESSICA SHOWERS          GUE CARANTZA                    KEN LUCAS
MARK D JACOBS                 DET VERNE READ

**STATE OF MICHIGAN, COUNTY OF INGHAM**
IN THE NAME OF THE PEOPLE OF THE STATE OF MICHIGAN: The prosecuting attorney for this County appears before the court and informs the court that on or about 04/02/2009 at 2914 Amherst Dr, City of Lansing ,Ingham, County, the defendant:

**COUNT 1: HOME INVASION - 2ND DEGREE**
did break and enter a dwelling located at 2914 Amherst Drive, with the intent to commit a larceny therein; contrary to MCL 750.110a(3). [750.110A3]
FELONY: 15 Years and/or $3,000.00

**HABITUAL OFFENDER - THIRD OFFENSE NOTICE**
Take notice that the defendant was twice previously convicted of a felony or an attempt to commit a felony in that on or about 12/12/1996, he or she was convicted of the offense of Breaking and Entering without Breaking in violation of MCL 750.110 in the 30th Circuit Court for Ingham County, State of Michigan;
And on or about 9/23/1996, he or she was convicted of the offense of Unarmed Robbery in violation of MCL 750.530 in the 29th Circuit Court for 30th Circuit, State of Michigan.
Therefore, defendant is subject to the penalties provided by MCL 769.11. [769.11]
PENALTY: Twice the maximum sentence on primary offense or lesser term

Upon conviction of a felony or an attempted felony court shall order law enforcement to collect DNA identification profiling samples.

and against the peace and dignity of the State of Michigan.

Prosecuting Attorney

4-7-10
Date

By: _Catherine [signature]_
Stuart Dunnings, III P31089