EXHIBIT 3

11/07/2011  17:11   6165278201         IONIA COUNTYCC                           PAGE  02

Approved, SCAO

Original - Court
1st copy - Correctio
2nd copy - Corrections (eturn)

3rd copy - Michigan ~~e Police CJIC
4th copy - Defender
5th copy - Prosecutor

PAGE 1

| STATE OF MICHIGAN<br>8TH JUDICIAL CIRCUIT COURT<br>IONIA COUNTY | JUDGMENT OF SENTENCE<br>COMMITMENT TO<br>DEPARTMENT OF CORRECTIONS | CASE NO.<br>2009 14620-FH |
|---|---|---|

COURT HOUSE, 100 MAIN STREET
IONIA, MI 48846                                         (616)527-5315
ORI MI-340015J   Police Report No.

| THE PEOPLE OF THE STATE OF MICHIGAN | V | Defendant name, address, and telephone no.<br>ROBERT EUGENE SECORD<br><br>48820 |
|---|---|---|

COUNTY CLERK'S OFFICE
IONIA, MI
FILED
MAY 12 2010
TONDA RICH
COUNTY CLERK

| CTN/TCN | SID | DOB |
|---|---|---|
| 340900157701 | 1604993L | |

| Prosecuting attorney name | Bar no. | Defendant's attorney name | Bar no. |
|---|---|---|---|
| AUBRI N. SHEREMET | 70036 | RANDY ALLEN NORTON | 62523 |

1. The defendant was found guilty on  03/11/2010  of the crime(s) as stated below.
                                        Date

| Count | CONVICTED BY | | | DISMISSED BY* | CRIME | CHARGE CODE(S)<br>MCL Citation/PACC Code |
|---|---|---|---|---|---|---|
| | Plea* | Court | Jury | | | |
| 01 | G | | | | B&E BUILDING W/INTENT | 750.110 |

*For plea: insert "G" for guilty plea, "NC" for nolo contendere, or "MI" for guilty but mentally ill. For dismissal: insert "D" for dismissed by court or "NP" for dismissed by prosecutor/plaintiff.

☐ 2. The conviction is reportable to the Secretary of State pursuant to MCL 257.625(21)(b). _____
☐ 3. HIV testing and sex offender registration is completed.                              Defendant's driver's license number
☐ 4. The defendant has been fingerprinted according to MCL 28.243.
IT IS ORDERED:
☐ 5. Probation is revoked.
6. Participating in a special alternative incarceration unit is   ☐ prohibited.  ☐ permitted.
7. The defendant is sentenced to custody of the Michigan Department of Corrections. This sentence shall be executed immediately.

| Count | SENTENCE DATE | MINIMUM | | | MAXIMUM | | DATE SENTENCE BEGINS | JAIL CREDIT | | OTHER INFORMATION |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Years | Mos. | Days | Years | Mos. | | Mos. | Days | |
| 01 | 05/11/2010 | | 18 | | 10 | | 05/11/2010 | | | |

☒ 8. Sentence(s) to be served consecutively to  (If this item is not checked, the sentence is concurrent.)
   ☐ each other.    ☒ case numbers  TO ANY OTHER SENTENCE CURRENTLY BEING SERVED .
9. The defendant shall pay:

| State Minimum | Crime Victim | Restitution | Court Costs | Attorney Fees | Fine | Other Costs | Total |
|---|---|---|---|---|---|---|---|
| $68.00 | $60.00 | | $500.00 | $350.00 | $500.00 | | $1478.00 |

The due date for payment is _____. Fine, costs, and fees not paid within 56 days of the due date are subject to a 20% late penalty on the amount owed.
☐ 10. The concealed weapon board shall  ☐ suspend for ____ days  ☐ permanently revoke  the concealed
   weapon license, permit number _____ , issued by _____ County.
☐ 11. The defendant is subject to lifetime monitoring under MCL 780.520n.
12. Court recommendation:

05/12/2010                                Judge  SUZANNE HOSETH-KREEGER           42238
Date                                                                              Bar no.

I certify that this is a correct and complete abstract from the original court records. The sheriff shall, without nee
deliver the defendant to the Michigan Department of Corrections at a place designated by the department.
                (SEAL)
                                          Deputy court clerk
                                          SHIRLEY JO THOMAS

                                          MCL 765.15(2), MCL 769.1k, MCL 769.16a, MCL 775.22, MCL 780.766,
CC 219B (3/09)   JUDGMENT OF SENTENCE, COMMITMENT TO DEPARTMENT OF CORRECTIONS         MCR 6.427

| STATE OF MICHIGAN<br>64-A JUDICIAL DISTRICT<br>8th JUDICIAL CIRCUIT | 2nd AMENDED<br>INFORMATION | CASE NO.: 2009001577<br>POLICE: 34134 3948-09<br>DISTRICT: 091559FY<br>CIRCUIT: 09-K-14620-FH |
|---|---|---|
| District Court ORI: MI340025J<br>101 WEST MAIN STREET IONIA, MI 48846  616-527-5346 | Circuit Court ORI: MI340015J<br>100 Main Street Ionia, MI 48846  527-5315 | |

| THE PEOPLE OF THE<br>STATE OF MICHIGAN | Defendant's name and address<br>V ROBERT EUGENE SECORD<br>███████████████ 8<br>DEWITT, MI 48820 | Victim or complainant<br><br>Complaining Witness<br>D/SGT. NOLL |
|---|---|---|
| Co-defendant(s) | | Date: On or about<br>06/29/2009 |

| City/Twp./Village<br>CAMPBELL TOWNSHIP | County in Michigan<br>Ionia | Defendant TCN<br>A810125724L | Defendant CTN<br>34-09001577-01 | Defendant SID<br>1804993L | Defendant DOB<br>██████ |
|---|---|---|---|---|---|
| Police agency report no.<br>134-3948-09 | | Charge<br>See below | | Maximum penalty<br>10 Years | |
| | | DLN Type:<br>Oper./Chauf | Vehicle Type<br># | Defendant DLN<br>S██████247 | |

STATE OF MICHIGAN, COUNTY OF IONIA
IN THE NAME OF THE PEOPLE OF THE STATE OF MICHIGAN: The prosecuting attorney for this County appears before the court and informs the court that on the date and at the location described above, the defendant:

**COUNT 1: BREAKING & ENTERING - A BUILDING WITH INTENT**
did break and enter a dwelling, located at 12113 Nash Highway, with the intent to commit the crime of larceny therein; contrary to MCL 750.110. [750.110]
FELONY: 10 Years

**HABITUAL OFFENDER - FOURTH OFFENSE NOTICE**
Dismissed pursuant to plea agreement.

COUNTY CLERK'S OFFICE
IONIA, MI
**FILED**
MAR 1 1 2010
TONDA RICH
COUNTY CLERK

Upon conviction of a felony or an attempted felony court shall order law enforcement to collect DNA identification profiling samples.

and against the peace and dignity of the State of Michigan.

3/11/2010
Date

Prosecuting Attorney
By: _____
Circuit Court

| STATE OF MICHIGAN 64-A JUDICIAL DISTRICT 8th JUDICIAL CIRCUIT | 1st AMENDED INFORMATION | CASE NO.: 2009001577 POLICE: 34134 3948-09 DISTRICT: 091559FY CIRCUIT: 09-K-14620-FH |
|---|---|---|
| District Court ORI: MI340025J 101 WEST MAIN STREET IONIA, MI 48846 616-527-5346 | Circuit Court ORI: MI340015J 100 Main Street Ionia, MI 48846 527-6316 | |
| THE PEOPLE OF THE STATE OF MICHIGAN | Defendant's name and address V ROBERT EUGENE SECORD DEWITT, MI 48820 | Victim or complainant Complaining Witness D/SGT. NOLL |
| Co-defendant(s) | | Date: On or about 06/29/2009 |

| City/Twp./Village | County in Michigan | Defendant TCN | Defendant CTN | Defendant SID | Defendant DOB |
|---|---|---|---|---|---|
| CAMPBELL TOWNSHIP | Ionia | | 34-09001577-01 | 1804993L | |

| Police agency report no. 134-3948-09 | Charge See below | Maximum penalty | |
|---|---|---|---|
| | | DLN Type: Oper./Chauf | Vehicle Type # | Defendant DLN S 2...247 |

STATE OF MICHIGAN, COUNTY OF IONIA
IN THE NAME OF THE PEOPLE OF THE STATE OF MICHIGAN: The prosecuting attorney for this County appears before the court and informs the court that on the date and at the location described above, the defendant:

COUNT 1: HOME INVASION - 2ND DEGREE
did enter a dwelling located at 12113 Nash Highway, without permission and, while entering, present in, or exiting the dwelling did commit a larceny; contrary to MCL 750.110a(3). [750.110A3]
FELONY: 15 Years and/or $3,000.00

HABITUAL OFFENDER - FOURTH OFFENSE NOTICE
Take notice that the defendant was previously convicted of three or more felonies or attempts to commit felonies in that on or about 05/03/2002, he or she was convicted of the offense of Prisons - Prisoner Possessing Contraband in violation of MCL 800.2814; in the 8th Circuit Court for Montcalm County, State of Michigan;
And on or about 12/12/1996, he or she was convicted of the offense of Home Invasion - 1st Degree in violation of MCL 750.110A2; in the 30th Circuit Court for Ingham County, State of Michigan;
And on or about 09/23/1996, he or she was convicted of the offense of Unarmed Robbery in violation of MCL 750.530; in the 29th Circuit Court for Clinton County, State of Michigan;
Therefore, defendant is subject to the penalties provided by MCL 769.12. [769.12]
PENALTY: Life if primary offense has penalty of 5 Years or more; 15 Years or less if primary offense has penalty under 5 Years

Upon conviction of a felony or an attempted felony court shall order law enforcement to collect DNA identification profiling samples.

and against the peace and dignity of the State of Michigan.

1/6/2010
Date

Prosecuting Attorney
By: _Ronald J. Schafer_

Circuit Court
FILED
JAN 0 6 2010
TONDA RICH
COUNTY CLERK

CERTIFICATE OF SERVICE
The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on 1/6/2010
By: ☐ U.S. Mail ☑ FAX
☐ Hand Delivered ☐ Overnight Courier
☐ Certified Mail ☐ Other
Signature

2009001577 Jennifer Yuhas

| STATE OF MICHIGAN<br>64-A JUDICIAL DISTRICT<br>8th JUDICIAL CIRCUIT | INFORMATION<br>FELONY | CASE NO.: 2009001577<br>POLICE: 34134 3948-09<br>DISTRICT: 091559FY<br>CIRCUIT: 09-K-14620-FH |
|---|---|---|
| District Court ORI: MI340025J<br>101 WEST MAIN STREET IONIA, MI 48846 616-527-5346 | Circuit Court ORI: MI340015J<br>100 Main Street Ionia, MI 48846 527-5315 | |

| | Defendant's name and address | Victim or complainant |
|---|---|---|
| THE PEOPLE OF THE<br>STATE OF MICHIGAN | V ROBERT EUGENE SECORD<br><br>DEWITT, MI 48820 | |
| | | Complaining Witness<br>D/SGT. NOLL |
| Co-defendant(s) | | Date: On or about<br>06/29/2009 |

| City/Twp./Village<br>CAMPBELL TOWNSHIP | County in Michigan<br>Ionia | Defendant TCN | Defendant CTN<br>34-09001577-01 | Defendant SID<br>1804993L | Defendant DOB |
|---|---|---|---|---|---|
| Police agency report no.<br>134-3948-09 | Charge<br>See below | | | Maximum penalty<br>15 Years and/or $3,000.00 | |
| | | DLN Type:<br>Oper./Chauf | Vehicle Type<br># | Defendant DLN<br>S 2__-___-___ 247 | |

STATE OF MICHIGAN, COUNTY OF IONIA
IN THE NAME OF THE PEOPLE OF THE STATE OF MICHIGAN: The prosecuting attorney for this County appears before the court and informs the court that on the date and at the location described above, the defendant:

**COUNT 1: HOME INVASION - 2ND DEGREE**
did enter a dwelling located at 12113 Nash Highway, without permission and, while entering, present in, or exiting the dwelling did commit a larceny; contrary to MCL 750.110a(3). [750.110A3]
FELONY: 15 Years and/or $3,000.00

Upon conviction of a felony or an attempted felony court shall order law enforcement to collect DNA identification profiling samples.

and against the peace and dignity of the State of Michigan.

1/5/00
Date

Prosecuting Attorney
By: _____
Circuit Court

COUNTY CLERK'S OFFICE
IONIA, MI
**FILED**

JAN 0 5 2010

TONDA RICH
COUNTY CLERK

| 2009001577. Stacey Schafer | | | |
|---|---|---|---|
| STATE OF MICHIGAN 64-A JUDICIAL DISTRICT 8th JUDICIAL CIRCUIT | FELONY WARRANT | CASE NO.: 2009001577 POLICE: 34134 3948-09 DISTRICT: CIRCUIT: 09-1559-FY | |
| District Court ORI: MI340025J 101 WEST MAIN STREET IONIA, MI 48846 616-527-5346 | | Circuit Court ORI: MI340015J 100 Main Street Ionia, MI 48846 527-5315 | |
| THE PEOPLE OF THE STATE OF MICHIGAN | Defendant's name and address V ROBERT EUGENE SECORD DEWITT, MI 48820 | | Victim or complainant Complaining Witness Det Hesche |
| Co-defendant(s) | | | Date: On or about 06/29/2009 |

| City/Twp./Village CAMPBELL TOWNSHIP | County in Michigan Ionia | Defendant TCN | Defendant CTN 34-09001577-01 | Defendant SID 1804993L | Defendant DOB |
|---|---|---|---|---|---|
| Police agency report no. 134-3948-09 | | Charge See below | | Maximum penalty | |
| | | DLN Type: Oper./Chauf | Vehicle Type | Defendant DLN S 247 | |

STATE OF MICHIGAN, COUNTY OF IONIA
To any peace officer or court officer authorized to make arrest: The complaining witness has filed a sworn complaint in this court stating that on the date and the location described above, the defendant, contrary to law,

**COUNT 1: HOME INVASION - 2ND DEGREE**
did enter a dwelling located at 12113 Nash Highway, without permission and, while entering, present in, or exiting the dwelling did commit a larceny; contrary to MCL 750.110a(3). [750.110A3]
FELONY: 15 Years and/or $3,000.00

Upon conviction of a felony or an attempted felony court shall order law enforcement to collect DNA identification profiling samples.

Upon examination of the complaining witness, I find that the offense charged was committed and that there is probable cause to believe that defendant committed the offense. THEREFORE, IN THE NAME OF THE PEOPLE OF THE STATE OF MICHIGAN, I order you to arrest and bring defendant before the _____ District Court immediately.

☐ The defendant may be released before arraignment if $10,000 is posted as interim bail by _____.
Date

8-3-09 (SEAL)
Date                    Judge/Magistrate         Bar no.

FILED
DEC 15 2009
DISTRICT COURT 64A

See attached return.