EXHIBIT 4

# IN THE CIRCUIT COURT OF ST. CHARLES COUNTY, MISSOURI

DIVISION No. 3
CIRCUIT/NO. 11th
ASSOCIATE/NO. _____
CASE NUMBER CR195-1523FX
OFFENSE CYCLE NO. _____

STATE OF MISSOURI vs.
Robert Eugene Secord
DEFENDANT   D.O.B.   SSN

Defendant appears in person;
☐ PRE-SENTENCE ORDERED   ☒ PRE-SENTENCE WAIVED

PROSECUTING ATTORNEY/MO BAR NO.
Steven Kobol
appears for the State;
DEFENSE ATTORNEY/MO BAR NO.
Charles Lamplin
appears for Defendant;

DATE OF OFFENSE FOR EACH COUNT
Ct. 1 of 2:
5-12-95

## SENTENCE AND JUDGMENT

COUNT NO. 1 Burglary in the
CHARGE Second Degree

COUNT NO. 2 Stealing
CHARGE

COUNT NO. _____
CHARGE

☐ MISDEMEANOR ☒ FELONY
CLASS ☐ ☐ ☒ ☐ ☐
       A  B  C  D  UNCLASSIFIED

ON THE ABOVE COUNT, IT IS ADJUDGED THAT THE DEFENDANT HAS BEEN:
☒ FOUND GUILTY UPON A PLEA OF GUILTY
☐ FOUND GUILTY BY A JURY/COURT
☐ DISMISSED/NOLLE PROS/FOUND NOT GUILTY

☐ MISDEMEANOR ☒ FELONY
CLASS ☐ ☐ ☒ ☐ ☐
       A  B  C  D  UNCLASSIFIED

ON THE ABOVE COUNT, IT IS ADJUDGED THAT THE DEFENDANT HAS BEEN:
☒ FOUND GUILTY UPON A PLEA OF GUILTY
☐ FOUND GUILTY BY A JURY/COURT
☐ DISMISSED/NOLLE PROS/FOUND NOT GUILTY

☐ MISDEMEANOR ☐ FELONY
CLASS ☐ ☐ ☐ ☐ ☐
       A  B  C  D  UNCLASSIFIED

ON THE ABOVE COUNT, IT IS ADJUDGED THAT THE DEFENDANT HAS BEEN:
☐ FOUND GUILTY UPON A PLEA OF GUILTY
☐ FOUND GUILTY BY A JURY/COURT
☐ DISMISSED/NOLLE PROS/FOUND NOT GUILTY

THE COURT FINDS BEYOND A REASONABLE DOUBT THAT THE DEFENDANT IS A:
☐ PERSISTENT SEXUAL OFFENDER (558.018 RSMo)
☐ PRIOR DRUG OFFENDER (195.295 AND 195.296 RSMo)
☐ PERSISTENT DRUG OFFENDER (195.295 RSMo)
☐ PRIOR OFFENDER (558.016 RSMo)
☐ PERSISTENT OFFENDER (558.016 RSMo)
☐ CLASS X OFFENDER (558.019 RSMo)
☐ DANGEROUS OFFENDER (558.016 RSMo)
☒ NOT APPLICABLE

ON (DATE) 2-2-96, THE COURT:

☒ INFORMS THE DEFENDANT OF VERDICT/FINDING, ASKS THE DEFENDANT WHETHER (S)HE HAS ANYTHING TO SAY WHY JUDGMENT SHOULD NOT BE PRONOUNCED, AND FINDS THAT NO SUFFICIENT CAUSE TO THE CONTRARY HAS BEEN SHOWN OR APPEARS TO THE COURT

☐ DEFENDANT HAS BEEN ADVISED OF HIS/HER RIGHTS UNDER RULE 24.035/29.15 AND THE COURT HAS FOUND
   ☐ PROBABLE CAUSE   ☐ NO PROBABLE CAUSE
TO BELIEVE THAT DEFENDANT HAS RECEIVED INEFFECTIVE ASSISTANCE OF COUNSEL.

☐ ON COUNT 1, THE COURT:
SENTENCES AND COMMITS THE DEFENDANT TO THE CUSTODY OF MO. Dept. of Corrections FOR A
PERIOD OF _____ years. SENTENCE TO BE SERVED in such place of confinement designated by MO Dept. of Corrections and to be served:
☐ CONCURRENT   ☐ CONSECUTIVE   to/with the sentence in: _____

☐ SUSPENDS EXECUTION OF SENTENCE. DEFENDANT IS PLACED ON PROBATION FOR A PERIOD OF _____ years UNDER THE
SUPERVISION OF MO. Dept. of Probation and Parole BASED ON THE CONDITIONS SET FORTH IN THE ORDER OF PROBATION.

After consideration of the presentence investigation report and evidence adduced, the Court orders formal sentencing deferred and
☒ SUSPENDS IMPOSITION OF SENTENCE. DEFENDANT IS PLACED ON PROBATION FOR A PERIOD OF five years UNDER THE
SUPERVISION OF MO. Dept. of Probation and Parole BASED ON THE CONDITIONS SET FORTH IN THE ORDER OF PROBATION.

☐ FINES THE DEFENDANT $_____. THE COURT STAYS $_____ WITH THE REMAINDER DUE BY (DATE) _____.

OSCA (1-95) CR180



| | ON COUNT __2__, THE COURT: |
|---|---|
| ☐ | SENTENCES AND COMMITS THE DEFENDANT TO THE CUSTODY OF __MO. Dept. of Corrections__ FOR A PERIOD OF _____ **years**. SENTENCE TO BE SERVED in a place of confinement designated by MO Dept. of Corrections and to be served:<br>☐ CONCURRENT ☐ CONSECUTIVE to/with __the sentence in:_____. |
| ☐ | SUSPENDS EXECUTION OF SENTENCE. DEFENDANT IS PLACED ON PROBATION FOR A PERIOD OF _____ **years** UNDER THE SUPERVISION OF __MO Dept. of Probation__ and Parole BASED ON THE CONDITIONS SET FORTH IN THE ORDER OF PROBATION. |

/7 After consideration of the Presentence investigation report and evidence adduced, the Court orders formal sentencing deferred and

| ☒ | SUSPENDS IMPOSITION OF SENTENCE. DEFENDANT IS PLACED ON PROBATION FOR A PERIOD OF __five__ **years** UNDER THE SUPERVISION OF __MO Dept. of Probation__ and Parole BASED ON THE CONDITIONS SET FORTH IN THE ORDER OF PROBATION. |
|---|---|
| ☐ | FINES THE DEFENDANT $_____. THE COURT STAYS $_____ WITH THE REMAINDER DUE BY (DATE) _____. |

| | ON COUNT _____, THE COURT: |
|---|---|
| ☐ | SENTENCES AND COMMITS THE DEFENDANT TO THE CUSTODY OF __MO Dept. of Corrections__ FOR A PERIOD OF _____ **years**. SENTENCE TO BE SERVED in a place of confinement designated by MO Dept. of Corrections and to be served:<br>☐ CONCURRENT ☐ CONSECUTIVE to/with __the sentence in:_____. |
| ☐ | SUSPENDS EXECUTION OF SENTENCE. DEFENDANT IS PLACED ON PROBATION FOR A PERIOD OF _____ **years** UNDER THE SUPERVISION OF __MO Dept. of Probation__ and Parole BASED ON THE CONDITIONS SET FORTH IN THE ORDER OF PROBATION. |

/7 After consideration of the Presentence investigation Report and evidence adduced, the Court orders formal sentnecing deferred and

| ☐ | SUSPENDS IMPOSITION OF SENTENCE. DEFENDANT IS PLACED ON PROBATION FOR A PERIOD OF _____ **years** UNDER THE SUPERVISION OF __MO Dept. of Probation__ and Parole BASED ON THE CONDITIONS SET FORTH IN THE ORDER OF PROBATION. |
|---|---|
| ☐ | FINES THE DEFENDANT $_____. THE COURT STAYS $_____ WITH THE REMAINDER DUE BY (DATE) _____. |

THE COURT FURTHER ORDERS:

☐ THE CLERK TO DELIVER A CERTIFIED COPY OF THE JUDGMENT AND COMMITMENT TO THE SHERIFF. Defendant is remanded to the custody of the Sheriff for execution of the sentence;

☐ THE SHERIFF TO AUTHORIZE ONE ADDITIONAL OFFICER/GUARD TO TRANSPORT DEFENDANT TO DIVISION OF ADULT INSTITUTIONS.

☐ THAT JUDGMENT IS ENTERED IN FAVOR OF THE STATE OF MISSOURI AND AGAINST THE DEFENDANT FOR THE SUM OF $_____ ☒ $5.00 CVCF fee.

☐ JUDGMENT FOR THE STATE OF MISSOURI AND AGAINST THE DEFENDANT FOR APPOINTED COUNSEL SERVICES IN THE SUM OF $_____.

☒ COSTS TAXED AGAINST __Defendant__

☐ COSTS WAIVED

☐

☐ §217.785 RSMo MISSOURI POST CONVICTION DRUG TREATMENT PROGRAM

☐ NON-INSTITUTIONAL ☐ INSTITUTIONAL

☐ §217.362 RSMo LONG TERM TREATMENT PROGRAM FOR COCAINE DEPENDENTS

☐ §217.378 RSMo REGIMENTED DISCIPLINE PROGRAM

☐ §217.777 RSMo COMMUNITY CORRECTIONS PROGRAM FOR INTENSIVE SUPERVISION

/7 The Court retains 120 day jurisdiction under the provisions of 559.115 RSMo. and respectfully recommends placement at:

(SEAL OF CIRCUIT COURT)

CASE HEARD BY: JUDGE _____ DIVISION 3
Lucy D. Rauch

I CERTIFY THAT THE ABOVE IS A TRUE COPY OF THE ORIGINAL JUDGMENT AND SENTENCE OF THE COURT IN THE ABOVE CAUSE, AS IT APPEARS ON RECORD IN MY OFFICE.

ISSUED ON _____ _____
DATE CLERK
BY: _____
DEPUTY CLERK

STATE OF MISSOURI )
) SS.
COUNTY OF ST. CHARLES )

IN THE CIRCUIT COURT OF ST. CHARLES COUNTY, MISSOURI
CIRCUIT JUDGE DIVISION

STATE OF MISSOURI )
)
vs. ) Cause No. _CR195-1523FX_
)
_Robert Eugene Secord_ )
)

### ORDER OF PROBATION

Comes State by assistant Prosecuting Attorney, _Steven Kabol_ _____, and the Defendant in person with counsel, _Charles Lauppin_ _____. The Court, after consideration of ~~Defendant's presentence~~ _the testimony presented and the Prosecuting Attorney's plea recommendation_ ~~investigation report and upon the evidence adduced in support thereof~~, orders formal sentencing deferred and Defendant is hereby placed on probation for a period of _five_ years under supervision of the State Board of Probation and Parole. Order of probation as per memorandum. Further ordered that the State of Missouri have and recover from Defendant ~~the sum of $_____ for the Crime Victims' Compensation Fund, together wit~~h a fee in the sum of $5.00 to be assessed as _cvcf_ costs.

_____
JUDGE OF THE CIRCUIT COURT
Division No. _5_
Dated: _2-2-96_

POSTED



**STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
BOARD OF PROBATION AND PAROLE
ORDER OF PROBATION**

FORWARD TO
CIRCUIT COURT OF St. Charles COUNTY, MISSOURI

DEFENDANT: Robert Eugene Secord
DOCKET NUMBER: CR195-1523FX
ADDRESS: [redacted]
CITY: Dewitt MI
COUNTY: Ingham
OFFENSE: 1ct Burglary 2nd ? 1ct Stealing
SENTENCE: SIS
TERM OF PROBATION: 5 years

Your application for probation has been received and approved by this Court. In accordance with the authority vested in this Court by the laws of the State of Missouri, you are hereby placed on probation for such a period of time as required by statute; or until you have proven by your conduct, to the satisfaction of this Court, that you are entitled to discharge from this probation. You are hereby advised that under the law the Court may at any time revoke or modify any conditions of the probation, and you shall be subject to arrest upon order of the Court. At any time within the period of your probation the Court may impose or order execution of sentence for your original offense in accordance with the laws of the State of Missouri, and commit you to such institution as provided by law.

It is the further order of the Court that your case be assigned to the supervision of the State Board of Probation and Parole and its representative Probation and Parole Officer under the following conditions. They are authorized to report to this Court on all matters pertaining to your probation, and to make such recommendations and take such action as the Court may require in your case.

### CONDITIONS OF PROBATION

1. **LAWS:** I will obey all the federal and state laws, municipal and county ordinances. I will report all arrests to my Probation and Parole Officer within 48 hours.
2. **TRAVEL:** I will obtain advance permission from my Probation and Parole Officer before leaving the state or the area in which I am living.
3. **RESIDENCY:** I will notify my Probation and Parole Officer of any changes in residency within 48 hours.
4. **EMPLOYMENT:** I will maintain employment unless engaged in a specific program approved by my Probation and Parole Officer. I will obtain advance permission from my Probation and Parole Officer before quitting my job or program. In the event I lose my job or am terminated from a program, I will notify my Probation and Parole Officer within 48 hours.
5. **ASSOCIATION:** I will obtain advance permission from my Probation and Parole Officer before I associate with any person convicted of a felony or misdemeanor, or with anyone currently under the supervision of the Board of Probation and Parole. It is my responsibility to know with whom I am associating.
6. **DRUGS:** I will not have in my possession or use any controlled substance except as prescribed for me by a licensed medical practitioner.
7. **WEAPONS:** I will, if my probation or parole is based on a misdemeanor involving firearms or explosives, or any felony charge, not own, possess, purchase, receive, sell or transport any firearms, ammunition or explosive device or any dangerous weapons as defined by federal, state, or municipal laws or ordinances.
8. **REPORTING/DIRECTIVES:** I will report as directed by my Probation and Parole Officer. I agree to abide by any directives given me by my Probation and Parole Officer.
9. **SUPERVISION STRATEGY:** I will enter and successfully complete any supervision strategy and abide by all rules and program requirements, as directed by the Court, Board, or my supervising Probation and Parole Officer.
10. **SPECIAL CONDITIONS:**

1. Restitution not to exceed $5000. The Prosecuting Attorney shall provide a schedule of restitution by March 4, 1996. Defendant to pay restitution by April 30, 1996 in a lump sum.

2. Defendant shall obtain a G.E.D. by June 1, 1997.

BROWN
Circuit Clerk

I have read or have had read to me the Order of Probation and the Conditions set out therein. I agree to comply with such conditions during the period of my probation.

WITNESSED BY: [signature]  DATE: 2/2/96
PROBATIONER'S SIGNATURE: [signature]  DATE: 2/2/96

ASSIGNED 2 DAY OF Feb, 1996, IN THE CIRCUIT COURT OF
COUNTY, STATE OF MISSOURI
HONORABLE [signature]
ATTEST: Virgila Ada, COURT CLERK
JUDGE OF THE

DATE OF BIRTH | RACE/SEX | SOCIAL SECURITY NUMBER | ☐ TYPE OF ASSIGNMENT
DOC NUMBER | | DATE OPENED | POSTED

MO 931-1903 (3-95)

STATE OF MISSOURI )
) SS.
COUNTY OF ST. CHARLES )

IN THE CIRCUIT COURT OF ST. CHARLES COUNTY, MISSOURI
CIRCUIT JUDGE DIVISION

STATE OF MISSOURI )
)
vs. ) Cause No. *CR195-1523FX*
)
*Robert Eugene Secord* )
)

PRIOR ARRAIGNMENT, PLEA OF GUILTY AND WAIVER OF PRE-SENTENCE INVESTIGATION

Comes State by assistant Prosecuting Attorney, *Steven Kobal*
_____, and the Defendant in person with counsel, *Charles Lampin*
_____. Defendant granted leave to withdraw plea of not guilty
heretofore entered in this court _*10-6-*_, 19*95*, and
enters a plea of guilty to the offense(s) of *Ct. 1: Burglary in the Second Degree; Ct. 2: Stealing - both class C Felonies*.
After interrogation of Defendant under oath by the Court, the Court
finds said plea of guilty to be made intelligently, voluntarily and
with understanding of the nature of the charge(s) and with understanding
of his/~~her~~ rights and the Court accepts Defendant's plea of guilty.
Defendant waives his/~~her~~ right to a pre-sentence investigation report
and requests the Court to proceed immediately with sentencing.

_____
JUDGE OF THE CIRCUIT COURT
Division No. *5*
Dated: *2-2-96*



Recommendation:	_____ years

_____ months in the county jail

_____ no opposition to probation or parole

_____ no position on probation or parole

_____ opposed to probation or parole

_____ open recommendation

_____ no opposition to concurrent time in:

_____ counts dismissed at time of sentencing

__X__ Recommends J/S

Other: Special conditions + restitution of Owens p/h/u/ $ED
$2278.07 + restitution for ATV $25.00
Arrears not to exceed $5,000.00
Counts 3 & 4 to N/P'd at sentencing.

STATE OF MISSOURI        )
                         ) ss.
COUNTY OF ST. CHARLES    )

IN THE CIRCUIT COURT OF ST. CHARLES COUNTY, MISSOURI
CIRCUIT JUDGE DIVISION, CHARLES COUNTY

| STATE OF MISSOURI | ) | |
|---|---|---|
| against | ) | COUNTS 1 & 3 - BURGLARY SECOND DEGREE |
| | ) | COUNTS 2 & 4 - STEALING |
| ROBERT EUGENE SECORD | ) | CIRCUIT COURT NO. CR195-1523FX |

## COUNT 1

The Prosecuting Attorney of the County of St. Charles, State of Missouri, charges that the defendant, ROBERT EUGENE SECORD, in violation of Section 569.170, RSMo., committed the class C felony of burglary in the second degree punishable upon conviction under Sections 558.011.1(3) and 560.011 RSMo., in that on or about the 12th day of May, 1995, in the County of St. Charles, State of Missouri, the defendant, knowingly entered unlawfully in a inhabitable structure, located at 1131 Josephville Road, Wentzville, MO, owned by ~~Wanda Wilson Walker~~ Lisa Bazzell for the purpose of committing the crime of stealing therein.

## COUNT 2

The Prosecuting Attorney of the County of St. Charles, State of Missouri, charges that the defendant, ROBERT EUGENE SECORD, in violation of Section 570.030, RSMo., committed the class C felony of stealing punishable upon conviction under Sections 558.011.1(3) and 560.011 RSMo., in that on or about the 12th day of May, 1995, in the County of St. Charles, State of Missouri, the defendant, appropriated an Emerson brand video cassette recorder, Magnavox brand camcorder, an AM/FM cassette radio, one mantle clock, one Nintendo set, six assorted Nintendo game cartridges, one night stand dresser drawer, rolled U.S. currency coin and a 14 kt gold chain, of a value of at least one hundred fifty dollars, which said property was owned by Lisa Bazzell and the defendant appropriated such property without the consent of Lisa Bazzell and with the purpose to deprive her thereof.

## COUNT 3

The Prosecuting Attorney of the County of St. Charles, State of Missouri, charges that the defendant, ROBERT EUGENE SECORD, in violation of Section 569.170, RSMo., committed the class C felony of burglary in the second degree punishable upon conviction under Sections 558.011.1(3) and 560.011 RSMo., in that on or about the 10th day of May, 1995, in the County of St. Charles, State of Missouri, the defendant, knowingly entered unlawfully in a inhabitable structure, located at 2120 Lindsay Lane, O'Fallon, MO, owned by Melvin Wortman for the purpose of committing the crime of stealing therein.

## COUNT 4

The Prosecuting Attorney of the County of St. Charles, State of Missouri, charges that the defendant, ROBERT EUGENE SECORD, in violation of Section 570.030, RSMo., committed the class C felony of stealing punishable upon conviction under Sections 558.011.1(3) and 560.011 RSMo., in that on or about the 10th day of May, 1995, in the County of St. Charles, State of Missouri, the defendant, appropriated a 1986 Honda four wheel all-terrain vehicle, of a value of at least one hundred and fifty dollars, which said property was owned by Melvin Wortman and the defendant appropriated such property without the consent of Melvin Wortman and with the purpose to deprive him thereof.

_____Tim Brady_____  BY: _____
Prosecuting Attorney of the County        Steven G. Kobal
of St. Charles, State of Missouri         Assistant Prosecuting Attorney
                                          Missouri Bar No. 43486

Steven G. Kobal, Assistant Prosecuting Attorney of the County of St. Charles, State of Missouri, being duly sworn, upon oath, says that the facts stated in the above document are true, according to his best information, knowledge and belief.

_____
Steven G. Kobal
Assistant Prosecuting Attorney

Sworn and subscribed before me this 25 day of Sept., 1995.

_____  BY: _____
Susan E. Brown                   Deputy Clerk
~~Division~~ Clerk of the Circuit Court
of the County of St. Charles, Missouri

**Witnesses:**

Elizabeth Henke, ▮▮▮▮▮▮▮▮, O'Fallon, MO

Melvin Wortman, ▮▮▮▮▮▮▮▮, O'Fallon, MO

Lisa Bazzell, ▮▮▮▮▮▮▮▮, Wentzville, MO

Jason Meador, ▮▮▮▮▮▮▮▮, Wright City, MO

Lindsey Kulp, ▮▮▮▮▮▮▮▮, O'Fallon, MO

Detective Mark O'Neill, St. Charles Sheriff's Department, St. Charles, MO

Deputy Craig McGuire, St. Charles Sheriff's Department, St. Charles, MO

Detective Marsha Hill, St. Charles Sheriff's Department, St. Charles, MO